IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED
DISTRICT OF NEBRASKA
2026 JAN 21 PM 12: 45
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:26CR9 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2251(a) & (e) |
| KENNETH RAY BEAMS, | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Beginning on an unknown date and continuing through on or about April 30, 2025, in the District of Nebraska and elsewhere, defendant KENNETH RAY BEAMS, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT II

Beginning on an unknown date and continuing through on or about May 11, 2025, in the District of Nebraska, defendant KENNETH RAY BEAMS did knowingly possess at least one matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, which visual depiction had

been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

_____<br>FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney